AARON D. FORD
 Attorney General
VICTORIA C. COREY (Bar No. 16364)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT FORTNER, | Case No. 2:23-cv-00271-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| B. WILLIAMS, et al., | |
| Defendants. | |

Plaintiff, Robert Fortner, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 3rd day of November, 2023.

By: _____
Robert Fortner #1202534
Plaintiff, Pro Se

DATED this 3rd day of November, 2023.
AARON D. FORD
Attorney General

By: */s/ Victoria C. Corey*
Victoria C. Corey (Bar No. 16364)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2023

Page 1 of 1